ARTHUR BURTON, Appellant, *v.* AMERICAN BRIDGE Co., Respondent, et al., Defendants.

Argued April 14, 1948; decided May 20, 1948.

994

*Edward Lazansky, Melvin Sacks, Ralph Stout* and *Harry A. Gair* for appellant.

*Nathan L. Miller, Thomas F. Lynch, Mark F. Hughes* and *Raymond C. Murphy* for respondent.

*Per Curiam.* There is evidence in the record which presented a question of fact for the jury whether at the time of the accident the crane operator, Kemp, was the servant of the defendant American Bridge Company. It was error to hold as a matter of law that he was the *ad hoc* employee of the Arthur A. Johnson Co. (*Bartolomeo* v. *Bennett Contr. Co.,* 245 N. Y. 66; *Ramsey* v. *New York Central R. R. Co.,* 269 N. Y. 219; *Kristiansen* v. *Wagner's Steel Erectors, Inc.,* 295 N. Y. 668). The judgments should be reversed, the verdict reinstated and judgment directed to be entered thereon in favor of plaintiff, with costs in all courts.

LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ., concur.

Judgments reversed, etc.   [See 298 N. Y. —.]